FILED

2011 MAY 24 P 12: 21

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. WEST, aka JOHN G. WEST, | No. C-11-2314 JW (PR) |
| Plaintiff, | |
| v. | ORDER OF TRANSFER |
| RAUL LOPEZ, Warden et. al., | |
| Defendant(s). | |

Plaintiff, a prisoner presently incarcerated at Corcoran State Prison in Corcoran, California, and frequent litigant in federal court, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that prison officials at that facility violated his constitutional rights by acting with deliberate indifference to his serious medical needs.  Doc. #1.

A substantial part of the events or omissions giving rise to the claim(s) occurred in Kings County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California.

//

The Clerk shall transfer this matter, terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   May 17, 2011

JAMES WARE
United States District Chief Judge

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\West-11-2314-transfer-caed.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN E WEST,

        Plaintiff,

v.

A LOPEZ et al,

        Defendant.
_____/

Case Number: CV11-02314 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. West E-28520
3A-03-143
P.O. Box 3461
Corcoran, CA 93212

Dated: May 24, 2011

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano, Deputy Clerk