# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOHN E. WEST,

                Plaintiff,

    v.

A. LOPEZ, et al.,

                Defendants.

_____/

CASE NO. 1:11-cv-00851-LJO-GBC (PC)

FINDINGS AND RECOMMENDATIONS
RECOMMENDING DISMISSAL OF ACTION,
WITH PREJUDICE, FOR FAILURE TO
STATE A CLAIM UPON WHICH RELIEF
MAY BE GRANTED

OBJECTIONS DUE WITHIN TWENTY DAYS

On May 23, 2011, Plaintiff John E. West ("Plaintiff"), a state prisoner proceeding pro se and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On October 6, 2011, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. §§ 1915A and 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file that sets forth any claims upon which relief may be granted under § 1983.

Accordingly, pursuant to 28 U.S.C. §§ 1915A and 1915(e), the undersigned HEREBY RECOMMENDS that this action be DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under § 1983.

//

//

//

//

1    These Findings and Recommendations will be submitted to the United States District Judge

2    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **twenty (20) days**

3    after being served with these Findings and Recommendations, Plaintiff may file written objections

4    with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and

5    Recommendations." Plaintiff is advised that failure to file objections within the specified time may

6    waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

7

8    IT IS SO ORDERED.

9
     Dated:    December 14, 2011

10                                                    UNITED STATES MAGISTRATE JUDGE